United States District Court
Southern District of Texas
**ENTERED**
June 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KANISHA  HATCHETT, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2 |
| | § | |
| CLUB 2301 LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed an Agreed Stipulation

of Dismissal with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to

bear its own costs.

It is so ORDERED.

SIGNED on this 26th day of June, 2017.

Kenneth M. Hoyt
United States District Judge